ADRIAN L. RANDOLPH (SBN: 133577)
**MICHAEL L. JOHNSON (SBN: 88884)**
**BRIAN W. PLUMMER (SBN:  240210)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:     916-789-6400
Direct:       916-789-6231
Fax:          916-789-6227

Attorneys for Defendants
UNION PACIFIC RAILROAD COMPANY

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIA BENSON and MICHAEL BENSON,

      Plaintiffs,

   vs.

UNION PACIFIC RAILROAD COMPANY,

      Defendants.

Case No.:  :08-CV-00331-GEB-DAD

**STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER; ORDER THEREON**

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record that the following dates be continued as follows:

1.    Discovery shall by completed by May 29, 2009.

2.    Expert disclosures shall be due on March 30, 2009.

3.    All dispositive motions shall be heard no later than June 22, 2009.

At this time the parties do not anticipate requesting any other changes of the Status Order.

///

///

///

///

-1-

1   Dated:  December 15, 2008

2                                    LAW OFFICES OF EDWARD R. BRENNER

3                                        /S/   EDWARD R. BRENNER

4                                    By:

5                                         EDWARD R. BRENNER
                                          Attorneys for Plaintiffs
6                                         MALIA BENSON and MICHAEL BENSON

7   Dated:  December 15, 2008

8                                    UNION PACIFIC RAILROAD COMPANY

9

10                                       /s/ BRIAN W. PLUMMER

11                                   By:_____
                                          MICHAEL L. JOHNSON
12                                        BRIAN W. PLUMMER
                                          Attorneys for Defendant
13                                        UNION PACIFIC RAILROAD COMPANY

14   ORDER
15

16       After considering the Stipulation by and between the parties, through their

17   attorneys of record:

18       IT IS HEREBY ORDERED that:
19
20       1.  Discovery shall by completed by May 29, 2009.

21       2.  Expert disclosures shall be due on March 30, 2009.

22       3.  All dispositive motions shall be heard no later than June 22, 2009.

23       All other dates remain as scheduled.

     Dated:  January 5, 2009
24

25                                   _____

26                                   Garland E. Burrell, Jr.
27                                   United States District Judge

28

                                    -2-